■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC SALAS, Appellant. [814 NYS2d 524]—

Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered July 14, 2004, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4\frac{1}{2}$ to 9 years, unanimously affirmed.

The court properly denied defendant's motion challenging the search warrant. We have reviewed the unredacted search war-

rant affidavit, and we conclude that the confidential informant's testimony (*see People v Taylor*, 73 NY2d 683, 688 [1989]) and the supporting affidavit clearly established probable cause under the *Aguilar-Spinelli* test (*see Spinelli v United States*, 393 US 410 [1969]; *Aguilar v Texas*, 378 US 108 [1964]).

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Mazzarelli, Andrias, Marlow and Malone, JJ.